UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-862 JMR/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHI VU,

Defendant,

TCF BANK MINNESOTA, FBS,

Garnishee.

**GARNISHMENT ORDER**

TO: Phi Vu, 2511 Nicollet Avenue South, #3, Minneapolis, MN 55404
TCF Bank Minnesota, 801 Marquette Avenue, Minneapolis, MN 55402-9002

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about April 17, 2002.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about April 19, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amount of $1,220.90.

On or about May 21, 2002, the defendant was served by mail with notice of his or her right to a hearing as to this garnishment action. The defendant has waived the right to such a hearing.

JUN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on March 22, 2002, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: June 24, 2002

Susan Richard Nelson
Magistrate Judge
United States District Court